# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   WANDA FELSHIA WALKER                     §
                                                  §   Case No.: 10-53308
                                                  §
                                                  §
         Debtor(s)                                §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/30/2010.

2) This case was confirmed on 02/14/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 02/14/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/21/2011.

5) The case was converted on 03/17/2012.

6) Number of months from filing to the last payment: 10

7) Number of months case was pending: 16

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $   32,345.00

10) Amount of unsecured claims discharged without payment $    .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 1,900.00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 1,900.00 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 1,303.29 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 98.60 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 1,401.89 |
| Attorney fees paid and disclosed by debtor | $ 1.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| OAK HARBOR CAPITAL | UNSECURED | 4,423.00 | 4,423.59 | 4,423.59 | 22.93 | .00 |
| DELL FINANCIAL SERVI | UNSECURED | 2,034.00 | 2,034.93 | 2,034.93 | 17.42 | .00 |
| DEPT STORES NATIONAL | UNSECURED | 591.00 | 638.27 | 638.27 | .00 | .00 |
| ALLY FINANCIAL | UNSECURED | NA | 2,638.31 | 2,638.31 | 22.59 | .00 |
| JPMORGAN CHASE BANK | SECURED | 89,485.00 | 89,976.73 | .00 | .00 | .00 |
| JPMORGAN CHASE BANK | UNSECURED | 89,485.00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK USA | UNSECURED | 4,096.00 | 4,458.77 | 4,458.77 | 38.17 | .00 |
| CLERK FIRST MUN DIV | OTHER | .00 | NA | NA | .00 | .00 |
| FREEDMAN ANSELMO LIN | OTHER | .00 | NA | NA | .00 | .00 |
| CAPITAL RECOVERY LLC | UNSECURED | 2,275.00 | 2,274.70 | 2,274.70 | 19.48 | .00 |
| CAPITAL RECOVERY LLC | UNSECURED | 3,261.00 | 3,260.69 | 3,260.69 | 16.90 | .00 |
| CHASE BANK USA | OTHER | .00 | NA | NA | .00 | .00 |
| CITGO/CBSD | UNSECURED | 1,357.00 | NA | NA | .00 | .00 |
| EQUIFAX | OTHER | .00 | NA | NA | .00 | .00 |
| EXPERIAN | OTHER | .00 | NA | NA | .00 | .00 |
| QUANTUM3 GROUP LLC | UNSECURED | 1,017.00 | 933.30 | 933.30 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 7,280.00 | 7,080.00 | 7,080.00 | 60.62 | .00 |
| HSBC BANK NEVADA | UNSECURED | 1,535.00 | 1,535.62 | 1,535.62 | .00 | .00 |
| MRSI | UNSECURED | 360.00 | NA | NA | .00 | .00 |
| SHELL OIL/CITIBANK | UNSECURED | 1,447.00 | NA | NA | .00 | .00 |
| THD/CBSD | UNSECURED | 2,140.00 | NA | NA | .00 | .00 |
| TRANS UNION | OTHER | .00 | NA | NA | .00 | .00 |
| CLERK FIRST MUN DIV | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
.======================================================================.
| **Scheduled Creditors:**                                             |
|                                                                      |
| Creditor                Claim        Claim        Claim    Principal      Int.  |
|   Name         Class   Scheduled   Asserted    Allowed       Paid         Paid  |
|                                                                                 |
|BLATT HASENMILLER LE  OTHER           .00         NA          NA          .00         .00  |
|WFNNB/ASHLEY STEWART  UNSECURED     93.00         NA          NA          .00         .00  |
|WORLD FINANCIAL NETW  UNSECURED    235.00      265.14      265.14         .00         .00  |
|WORLD FINANCIAL NETW  UNSECURED    127.00      155.22      155.22         .00         .00  |
|JPMORGAN CHASE BANK   SECURED          NA         .00      300.00      300.00         .00  |
|INGALLS MEMORIAL HOS  UNSECURED  3,000.00         NA          NA          .00         .00  |
|MCS                   UNSECURED    200.00         NA          NA          .00         .00  |
|UNITED RECOVERY SYST  UNSECURED  3,000.00         NA          NA          .00         .00  |
.======================================================================.
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | 300.00 | 300.00 | .00 |
| **TOTAL SECURED:** | 300.00 | 300.00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 29,698.54 | 198.11 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 1,401.89 |
| Disbursements to Creditors | $ | 498.11 |
| **TOTAL DISBURSEMENTS:** | $ | 1,900.00 |

12)   The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   04/11/2012                                      /s/ Tom Vaughn
                                                         Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**